LAW OFFICES OF

# TACOPINA SEIGEL & TURANO

A PROFESSIONAL CORPORATION

275 MADISON AVENUE
35TH FLOOR
NEW YORK, NEW YORK 10016

TELEPHONE (212) 227-8877
FACSIMILE (212) 619-1028
WWW.TACOPINALAW.COM

JOSEPH TACOPINA
CHAD D. SEIGEL♦
STEPHEN TURANO♦

MATTHEW G. DEOREO^
DINA NESHEIWAT*

GEORGE VOMVOLAKIS
FRANCESCO PENTA***
VICTOR SHERMAN+

♦ ALSO ADMITTED IN NEW JERSEY
^ ALSO ADMITTED IN CONNECTICUT
+ ALSO ADMITTED IN CALIFORNIA
* ALSO ADMITTED IN FLORIDA
*** ONLY ADMITTED IN ITALY

MILAN OFFICE:
20149 MILANO
VIA DOMENICHINO, N. 35
MILAN, ITALY
TEL (02) 48012455

NEW JERSEY OFFICE:
60 PARK PLACE
SUITE 703-704
NEWARK, NEW JERSEY 07102

August 1, 2013

Hon. Dora L. Irizarry, U.S.D.J.
United States District Court EDNY
225 Cadman Plaza East
Brooklyn, NY 11201

Re: **United States v. Anthony Gatt**
**Docket No. 11-CR-486**

Your Honor:

The defense respectfully submits this letter on behalf of defendant Anthony Gatt to request, with the consent of the Government and Pretrial Services, that Mr. Gatt be permitted to travel on vacation with his fiancé, Leonida Duraku, to Orlando, Florida from August 28th until September 3rd of 2013.

By way of background, Mr. Gatt, was released on July 29, 2011, on a $700,000 personal recognizance bond, secured by his mother's residence, and with his travel restricted to the Southern and Eastern Districts of New York.

If permitted to travel, Mr. Gatt and his fiance intend on staying at a Sheraton Hotel located in Orlando, Florida. Because Mr. Gatt used the Travelocity website to reserve potential travel accommodations the exact Sheraton Hotel address at which he and his fiancé will be staying is not yet available.

Notably, defense counsel has spoken with AUSA Steven Tischione who advised that the Government consents to this request. And, Officer Lourdes Vasquez also advised defense counsel that Pretrial Services similarly consents to it. Lastly, we note that Mr. Gatt has been fully compliant with the terms of his release to date.

TACOPINA SEIGEL & TURANO, P.C.

Hon. Dora L. Irizarry
August 1, 2013
Page -2-

     For the reasons set forth above, the defense respectfully requests that Mr. Gatt be permitted to travel to Florida from August 28th to September 3rd of 2013.

     Your consideration in this matter is greatly appreciated.

Respectfully submitted,

Joseph Tacopina

cc:    AUSA Steven Tischione
       via ECF

       Officer Lourdes Vazquez
       via facsimile 718-613-2568