

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

SLT
F.#2011R01661/NY-NYE-648Z

*271 Cadman Plaza East*
*Brooklyn, New York  11201*

October 21, 2013

<u>By E-mail</u>

Mary Ann Betts
United States Probation Officer
Eastern District of New York

        Re:  <u>United States v. Anthony Gatt</u>
             <u>Criminal Docket No. 11-486 (S-1)(DLI)</u>

Dear Ms. Betts:

    The government respectfully submits this letter pursuant to Fed. R. Crim. P. 32(f) to advise the Probation Department of the government's proposed corrections in the Presentence Investigation Report ("PSR") for the above-referenced defendant, who is scheduled to be sentenced on November 25, 2013.

    Since the preparation of the PSR, the following defendants have been sentenced (PSR page 3):

- Hector Flores (15 days of custody; 1 year supervised release)
- Nikola Lukaj (60 months' custody; 3 years' supervised release)
- Magdalena Nikollaj (1 year probation)
- Lester Zaborksi (4 years' probation)
- Nikola Lukaj (60 months' custody; 3 years' supervised release)
- Angelo Germano (24 months' custody; 3 years' supervised release)
- Lance Schoner (5 years' probation)
- Kushtrim Blaku (37 months' custody; 3 years' supervised release)
- Brent Sapergia (2 years' probation)

The government has no other objections or proposed corrections to the PSR.

                                        Respectfully submitted,

                                        LORETTA E. LYNCH
                                        United States Attorney
                                        Eastern District of New York

                    By:    /s/_____
                                        Steven L. Tiscione
                                        Gina M. Parlovecchio
                                        Assistant U.S. Attorney
                                        (718) 254-6317/6228

cc:  Chad Siegel, Esq. (by ECF)
     Clerk of Court (DLI) (by ECF)