LAW OFFICES OF

# TACOPINA SEIGEL & TURANO

A PROFESSIONAL CORPORATION

275 MADISON AVENUE
35TH FLOOR
NEW YORK, NEW YORK 10016

TELEPHONE (212) 227-8877
FACSIMILE (212) 619-1028
WWW.TACOPINALAW.COM

JOSEPH TACOPINA
CHAD D. SEIGEL♦
STEPHEN TURANO♦

DINA NESHEIWAT*
MATTHEW G. DEOREO^

GEORGE VOMVOLAKIS
FRANCESCO PENTA***
VICTOR SHERMAN+

♦   ALSO ADMITTED IN NEW JERSEY
*   ALSO ADMITTED IN FLORIDA
+   ALSO ADMITTED IN CALIFORNIA
^   ALSO ADMITTED IN CONNECTICUT
*** ONLY ADMITTED IN ITALY

MILAN OFFICE:
20149 MILANO
VIA DOMENICHINO, N. 35
MILAN, ITALY
TEL (02) 48012455

NEW JERSEY OFFICE:
60 PARK PLACE
SUITE 703-704
NEWARK, NEW JERSEY 07102

November 12, 2013

Hon. Dora L. Irizarry, U.S.D.J.
United States District Court EDNY
225 Cadman Plaza East
Brooklyn, NY 11201

Re:   **United States v. Anthony Gatt**
      **Docket No. 11-CR-486**

Your Honor:

I respectfully submit this letter, **with the Government's consent**, on behalf of defendant Anthony Gatt, seeking an adjournment of sentencing scheduled for November 25, 2013.

My firm is currently engaged in a trial before the Hon. Sandra L. Townes in the United States District Court for the Eastern District of New York, in United States v. Jose Tejada, Dkt. No. 08-cr-242. Trial began October 21st and was estimated to conclude this week. However, the government rested their case on Friday, and defense counsel first began its case today. Moreover, our firm is the then scheduled to start a securities fraud trial in the Southern District of New York on December 2, 2013 before the Hon. Paul A. Crotty in United States v. Michael Balboa.

For the reasons set forth above, defense counsel has been unable to prepare Mr. Gatt's sentencing submission and seeks an adjournment of his sentencing date to late January 2014.

Thank you for your consideration.

Sincerely,

Joseph Tacopina

cc: AUSA Steven Tiscione